UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED               │
│ DOC #:_____        │
│ DATE FILED:  08/01/2018 ____         │
└─────────────────────────────────────┘
```

BRAULIO THORNE, on behalf of himself and all
other others similarly situated,

                Plaintiff,

      v.

BAUME & MERCIER NORTH AMERICA, A
SUBSIDIARY OF RICHEMONT NORTH
AMERICA, INC.,

               Defendant.

1:18-cv-02074

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Braulio
Thorne and Defendant Baume & Mercier North America, a subsidiary of Richemont North
America, Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the
Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally
dismissed with prejudice, without costs or attorneys' fees.

Dated: _July 31_ , 2018

COHEN & MIZRAHI LLP

By: _____
    Joseph H. Mizrahi
    300 Cadman Plaza West, 12th Floor
    Brooklyn, NY 11201
    (917)-299-6612
    Email: joseph@cml.legal

*Attorneys for Plaintiff*

**SO ORDERED:**

Dated: ___August 1___ , 2018

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Douglas T. Schwarz
    101 Park Avenue
    New York, NY 10178
    Tel: (212) 309-6890
    Email: douglas.schwarz@morganlewis.com

*Attorneys for Defendant*

_____
    United States District Judge